MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **JOHNSON, RANDOL C**

Chapter 13 Case No. **06-41402**
jointly administered

*Rung 09-26-11 cwn*
*Receipt #*
*# 194031*

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GLOBAL RECOVERY & ACQUISITIONS<br>PO BOX 550<br>ROGERS, MN 55374-0550 | 7 | $414.16 | $79.39 |

*RECEIVED 11 SEP 26 AM 9:41 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

**TOTAL TO CLERK'S FUND**                                                                                                        **$79.39**

**September 23, 2011**                                           /s/ Kyle L Carlson
DATE                                                             TRUSTEE